# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FINISHMASTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD'S PAINT AND BODY SHOP, LLC d/b/a CUSTOM CAR CRAFTERS, and RICHARD W. WOOD, individually, <br><br> Defendants. | CIVIL CASE NO. 1:11-CV-560 LY |
| RICHARD'S PAINT AND BODY SHOP, LLC d/b/a CUSTOM CAR CRAFTERS, and RICHARD W. WOOD, individually, <br><br> Plaintiffs-in-Counterclaim, <br><br> v. <br><br> FINISHMASTER, INC., <br><br> Defendant-in-Counterclaim. | |
| FINISHMASTER, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BASF CORPORATION, <br><br> Third-Party Defendant. | |

## ORDER

BE IT REMEMBERED that on this 12th day of August, 2011, FinishMaster, Inc. filed an unopposed motion requesting that counsel for BASF Corporation be allowed to substitute as counsel for FinishMaster, Inc., and the Court, after reviewing the motion, enters the following order:

IT IS ORDERED that the Motion to Withdraw and for Substitution of Counsel be granted and that John N. Scholnick and Holly A. Podulka, Schiff Hardin LLP, 233 S. Wacker Drive, Suite 6600, Chicago, IL 60606 and Kevin Collins, Baker Botts L.L.P., Austin, Texas 78701 shall serve as counsel to FinishMaster, Inc.

IT IS ALSO ORDERED that this substitution is not for purposes of delay and entered so that justice may be done.

SIGNED this 12th day of August, 2011.

_____
UNITED STATES DISTRICT COURT